**MICHAEL R. BARRETTE (SBN 89017)**
**ATTORNEY AND COUNSELOR AT LAW**
**990 Klamath Lane, Suite 20**
**Yuba City, CA 95993**
**(530) 674-5996 – Telephone**
**(530) 674-7886 – Facsimile**
*mbarrettelaw@yahoo.com*

Attorney for Defendant, Harminder Phagura

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  2:15-CR-00095-GEB |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING DATE AND ORDER SETTING NEW SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND FOR FILING OBJECTIONS TO THE PRE-SENTENCING REPORT |
| vs. | |
| GURSHARAN PHAGURA, HARMINDER PHAGURA, | |
| Defendants. | |

## STIPULATION

The parties hereby stipulate, and request the Court find the following:

1. Defendant HARMINDER S. PHAGURA requests that Judgment and Sentencing date in the above-entitled matter be continued to November 18, 2016 at 9:00 am.

2. Good cause is shown for the continuance in that the Probation Officer was not able to disclose the draft pre-sentence report to counsel by the due date of 9/2/16 in that after preparation, a computer crash in the Probation Department caused the draft report to be lost and the draft report had to be re-drafted and was not disclosed to counsel until 9/14/16. Defense counsel had disclosed to all parties that he would be out of the country on a scheduled vacation from September 9, 2016 through September 26, 2016 and therefore has only recently seen the report. Therefore, a new Judgment and Sentencing Date and Scheduling Order should be ordered by the Court.

3. Counsel for the defendants believe that without the continuance, defense counsel would be denied sufficient time to review and object to the contents of the probation report within the previous Scheduling Order imposed by the Court and would prejudice the representation of the defendant, taking into account the exercise of due diligence.

4. The Government does not object to the requested continuance.

IT IS SO STIPULATED.

Dated: October 11, 2016           /s/   Michael R. Barrette
                                  Michael R. Barrette, Attorney for Defendant
                                  Harminder Phagura

Dated: October 11, 2016           /s/  Paul A. Hemesath
                                  Paul A. Hemesath
                                  Assistant United States Attorney

## FINDINGS AND ORDER

The Court finds good cause for the continuance of the date of Judgment and Sentencing:

**IT IS HEREBY ORDERED** that Judgment and Sentencing in this matter is continued to November 18, 2016 at 9:00 am;

**IT IS FURTHER ORDERED** that the SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT is amended as follows:

Date of Referral to Officer:                                6/24/2016

Judgment and Sentencing Date:                               11/18/2016

| | |
|---|---|
| Reply or Statement of No Opposition: | 11/14/2016 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | 11/4/2016 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | 10/28/2016 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer And Opposing Counsel no Later Than: | 10/21/2016 |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: | Completed 9/14/2016 |

The Clerk shall send:

COPIES OF THIS SCHEDULE SENT VIA CM/ECF TO:

(x) AUSA

(x) Defense Counsel

(x) USPO

**Dated:  October 12, 2016**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

LAW OFFICES OF
MICHAEL R. BARRETTE

STIPULATION & PROPOSED
ORDER; CONTINUE
SENTECING DATE

3